FILED
 2010 Mar-02  PM 03:51
 U.S. DISTRICT COURT
 N.D. OF ALABAMA

# IN THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF ALABAMA
# JASPER DIVISION

| | |
|---|---|
| **CHRIS DWAYNE WILLIAMS,** | ) |
| Plaintiff, | ) |
| v. | ) Case No. 6:10-cv-00161-RDP-RRA |
| **SGT. PENDLEY,** *et al.*, | ) |
| Defendants. | ) |

## MEMORANDUM OF OPINION

The magistrate judge filed a Report and Recommendation on February 11, 2010 (Doc. #6), recommending that this action be dismissed for failing to state a claim upon which relief can be granted, pursuant to 28 U.S.C. § 1915A(b)(1). Plaintiff filed an objection to the Report and Recommendation on February 17, 2010. (Doc. #7).

Having carefully reviewed and considered *de novo* all the materials in the court file, including the report and recommendation and Plaintiff's objection thereto, the court is of the opinion that the magistrate judge's report is due to be and hereby is **ADOPTED** and the recommendation is **ACCEPTED**. Accordingly, this action is due to be dismissed for failing to state a claim upon which relief can be granted, pursuant to 28 U.S.C. § 1915A(b)(1). A Final Judgment will be entered.

**DONE** and **ORDERED** this     2nd     day of March, 2010.

**R. DAVID PROCTOR**
UNITED STATES DISTRICT JUDGE